UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA

    Plaintiff,

Case No: 09-20215

vs.

D-10 BASKARAN THANGARASAN,

    Defendant.
_____/

**ORDER GRANTING MOTION FOR
REDUCTION OF SENTENCE**

On February 21, 2012, the government filed a "Motion for a Reduction in Sentence Pursuant to Federal Rule of Criminal Procedure 35(b)" in the above matter. The Court has reviewed the motion, held a hearing, and has determined that a reduction should be granted, therefore,

IT IS ORDERED that the government's motion is **GRANTED.**

IT IS FURTHER ORDERED that the defendant's sentence is hereby reduced from a 57 month term of imprisonment to time served. A new judgment will issue.

IT IS SO ORDERED.

    S/Sean F. Cox
    Sean F. Cox
    United States District Judge

Dated: March 15, 2012

I hereby certify that a copy of the foregoing document was served upon counsel of record on

March 15, 2012, by electronic and/or ordinary mail.

                                                    S/Jennifer Hernandez
                                                    Case Manager